NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GLOBAL TOUCH SOLUTIONS, LLC,**
*Appellant*

**v.**

**APPLE INC., MOTOROLA MOBILITY LLC, MICROSOFT CORPORATION, MICROSOFT MOBILE, INC.,**
*Appellees*

---

17-1497, 17-1498

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-01175, IPR2015-01151

---

**O R D E R**

The parties having so agreed, it is,

ORDERED that the proceedings are DISMISSED under Fed. R. App. P. 42 (b). Each party shall bear their own costs.

FOR THE COURT

May 30, 2017

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE:** May 30, 2017